
ORIGINAL

**FILED**

06/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0496

FILED

JUN 2 1 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0496

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JONATHAN WILLIAM PRESLEY,

Defendant and Appellant.

ORDER

Appellant Jonathan William Presley appeals from the Judgment and Commitment of the First Judicial District Court, Lewis and Clark County, in its Case No. BDC 2019-388. Presley argues the District Court erred by failing to give him credit for 372 days served.

The State has filed a Notice of Concession that this matter should be remanded to the District Court for the purpose of entering an amended sentence and judgment. Without agreeing with all of the arguments Presley has raised, the State agrees that in this case the District Court erred in failing to give Presley credit for 372 days served.

Based on Presley's opening brief and the State's concession, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the First Judicial District Court, Lewis and Clark County, with instructions for the District Court to amend its Judgment and Commitment and replace the sentence reduction for time served of 31 days with 372 days.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Mike McMahon.

Dated this 21st day of June, 2022.

_____

_____

_____

_____
Justices

2